Brenda H. Entzminger
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA MUMFORD and RODNEY K. SCOTT;<br><br>     Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation d/b/a WALMART, DOES 1 - 100, and ROE CORPORATIONS 1 – 100.<br><br>     Defendants. | Case No.:  2:14-cv-00787-GMN-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 16** |

  Plaintiffs THERESA MUMFORD AND RODNEY K. SCOTT ("Plaintiffs") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, do hereby stipulate to continue the Mandatory Settlement Conference ("MSC") currently scheduled for April 16, 2015 at 9:00 am. (Docket Filing No. 26). Walmart's counsel is unavailable on April 16 to appear for the MSC, and the parties therefore respectfully propose the MSC be continued to one of the following dates: April 20, 2015, April 23, 2015, or April 24, 2015.

//

//

//

//

//

//

//

- 1 -

The new date and time for the settlement conference shall be ___May 21___, 2015 at __9:00 a.m.__  The settlement conference statements shall be delivered to United States Magistrate Judge Carl W. Hoffman's chambers no later than __May 14, 2015 at 3:00 p.m.__

DATED this 6th day of April, 2015

/s/ Cuthbert Mack
Cuthbert Mack, Esq.
CUTHBERT MACK, CHTD.
1040 E. Sahara Avenue, Suite 101
Las Vegas, NV 89104

*Attorneys for Plaintiffs*

DATED this 6th of April, 2015

/s/ Brenda H. Entzminger
Brenda H. Entzminger
PHILLIPS SPALLAS & ANGSTADT
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 7, 2015