Brenda H. Entzminger
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA MUMFORD and RODNEY K. SCOTT;<br><br>Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation d/b/a WALMART, DOES 1 - 100, and ROE CORPORATIONS 1 – 100.<br><br>Defendants. | Case No.: 2:14-cv-00787-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff's THERESA MUMFORD AND RODNEY SCOTT ("Plaintiff's") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the Joint Pre-Trial Order deadline in the current scheduling order and discovery plan in this matter for a period of fourteen (14) days for the reasons explained herein.

The parties aver, pursuant to Local Rule 6-1(b), that good cause and excusable neglect exists for such an extension. Pursuant to a stipulated agreement between the parties, and this Court's Order granting said agreement, *See Docket Filing No. 33*, the deadline for filing of the Joint Pre-Trial Order in this matter was established as Monday, August 24, 2015.  The parties were in the process of completing the Joint Pre-Trial Order at the time Plaintiff's counsel is scheduled for an all day trial on August 24, 2015, and an all-day Medical Malpractice Deposition on Tuesday, August 25, 2015, the parties have been unable to complete and finalize the Joint Pre-Trial Order. Therefore, the parties respectfully request that this court grant a brief extension of the Joint Pre-Trial Order Deadline from August 24, 2015 to **September 7, 2015**.

- 1 -

1
2  DATED this 24th day of August, 2015.   DATED this 24th day of August, 2015.
3
   **THE LAW OFFICE OF**                         **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4  **CUTHBERT E.A. MACK**
5  */s/ Cuthbert Mack, Esq.*                     */s/ Brenda H. Entzminger*
6  Cuthbert Mack, Esq.                           Brenda H. Entzminger
   1040 E. Sahara Avenue, Suite 101              504 South Ninth Street
7  Las Vegas, NV 89104                           Las Vegas, NV 89101
   *Attorneys for Plaintiffs*                    *Attorneys for Defendant*
8                                                *Wal-Mart Stores, Inc.*
9
10
11
12                                        **IT IS SO ORDERED.**
13
14                                        _____
15                                        Gloria M. Navarro, Chief Judge
16                                        United States District Court
17                                        **DATED:**  08/24/2015
18
19
20
21
22
23
24
25
26
27
28

- 2 -