Brenda H. Entzminger
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
Bentzminger@Psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA MUMFORD and RODNEY K. SCOTT;<br><br>            Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation d/b/a WALMART, DOES 1 – 100, and ROE CORPORATIONS 1 – 100.<br><br>            Defendants. | Case No.: 2:14-cv-00787-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS IN LIMINE** |

The parties, through their respective counsel, Mr. Mack and Ms. Entzminger, have conferred over proposed motions in limine and have reached evidentiary stipulations for trial, on June 20, 2016, to be memorialized by Court Order as follows:

1. Application of the exclusionary rule – apart from parties or party representatives, witnesses who have not yet testified will be excluded from the courtroom until called to the stand.

2. Exclusion of any settlement discussions, any settlement offers, any pre-litigation claims discussions or discussions regarding payment of medical expenses.

3. Exclusion of defendant's financial condition.

4. Exclusion of evidence/argument that Walmart violated policy regarding its post-incident response to the subject incident.

//
//

- 1 -

5. Enforcement of the Court's January 22, 2015 Exclusion Order, which was granted in part and denied in part.

DATED this 23rd day of May, 2016.

**THE LAW OFFICE OF
CUTHBERT E.A. MACK**

*[signature]*

Cuthbert Mack, Esq.
1040 E. Sahara Avenue, Suite 101
Las Vegas, NV 89104
*Attorneys for Plaintiffs'*

DATED this 23rd day of May, 2016.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*[signature]*

Brenda H. Entzminger
504 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## ORDER

IT IS SO ORDERED.

DATED on this __25__ day of __May__, 20__16__.

*[signature]*

UNITED STATES DISTRICT JUDGE